EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Virginia Zequeira Brinsfield | 2016 TSPR 149<br><br>195 DPR ____ |

Número del Caso: TS-6,178

Fecha: 7 de julio de 2016

Abogada de la Peticionaria:

     Por Derecho Propio

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Virginia Zequeira Brinsfield        TS-6,178

RESOLUCIÓN

San Juan, Puerto Rico, a 7 de julio de 2016.

Examinada la *Moción de Reconsideración,* se reinstala a la Sra. Virginia Zequeira Brinsfield al ejercicio de la abogacía.

Se le concede a la señora Zequeira Brinsfield un término de cuarenta y cinco (45) días, contado a partir de la notificación de esta Resolución, para que entregue a la Oficina de Inspección de Notarías los informes notariales adeudados, y que en igual período informe que se comunicó con dicha Oficina para iniciar el proceso de subsanación de cualquier otra deficiencia que surja de la incautación de su obra notarial.

Notifíquese **inmediatamente** por teléfono, fax o correo electrónico y por la vía ordinaria.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina.

Sonnya Isabel Ramos Zeno
Secretaria del Tribunal Supremo Interina